# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| American Home Mortgage Holdings, Inc., a Delaware corporation, *et al.*, | ) ) | Case No. 07-11047(CSS) |
|  | ) |  |
| Debtors | ) | Jointly Administered |

## NOTICE OF APPEAL

Wells Fargo Bank, National Association (*"Wells Fargo"*), as Securities Administrator, the movant in that certain Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien (D.I. 3387), appeals under 28 U.S.C. §158(a) or (b) from the Order of the Honorable Judge Christopher Sontchi denying the movant relief from the automatic stay, entered in this proceeding on the 16th day of April, 2008 (D.I. 3702).

The names of the parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| American Home Mortgage Investment Corp.<br><br>Represented by:<br>James L. Patton, Jr.<br>Sean M. Beach<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>(302) 571 - 6600 | The Official Committee of Unsecured Creditor Committee<br><br>Represented by:<br>Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE  19801<br>(302 425-6423 |

71603_1.DOC

- 2 -

Dated: April 25, 2008

**WolfBlock, LLP**

/s/ Todd C. Schiltz
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
tschiltz@wolfblock.com


and


**CHAPMAN AND CUTLER LLP**
FRANKLIN H. TOP, III
111 WEST MONROE STREET
CHICAGO, IL 60603
TELEPHONE:  (312) 845-3824
top@chapman.com

*Attorneys for Wells Fargo Bank, National Association,
as Securities Administrator*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No.: 3387 |
| | : | |

### ORDER

      Upon consideration of the Motion of Wells Fargo Bank, N.A. as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [D. I. 3387] filed on March 24, 2008 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the evidence and the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on April 14, 2008 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (3) notice of the Motion and the Hearing was adequate under the circumstances;

      IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing, the Motion is DENIED.

Dated: April 15, 2008

                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge

UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Bankruptcy Case Number: 07-11047 (CSS)

**Title of Order Appealed**:

Order Denying Motion of Wells Fargo Bank, N.A. as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien. Order Signed on 4/15/2008.

**Item Transmitted**:   Notice of Appeal, Docket Number 3860
**Date Filed**:         April 25, 2008

**Notice of Appeal**.  Docket #3860
**Appellant's Designation of Items & Statement of Issues**.  Docket #3958
**Appellee's Designation of Items & Statement of Issues**.   Docket #4047

| Appellant: | Appellee: |
|---|---|
| Todd C. Schiltz, Esq. | James L. Patton, Jr., Esq. |
| WolfBlock, LLP | Sean M. Beach, Esq. |
| 1100 North Market Street, Ste. 1001 | Young Conaway Stargatt & Taylor LLP |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302) 777-0313 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |

    -and-

Franklin H. Top, III, Esq.
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3824
1114 Avenue of the Americas
New York, NY 10036

**The Official Committee of Unsecured Creditor Committee**

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801
Telephone: (302) 425-6423

**Filing Fee Paid**:    X Yes    __ No

IFP Motion Filed by Appellant?    __ Yes    __ No

Have Additional Appeals to the Same Order been Filed?    __ Yes    X No
If so, has District Court assigned a Civil Action Number?

Additional Notes:

_____

  May 23, 2008                                    Teresa Southerland
Date                                              Deputy Clerk


Bankruptcy Court Appeal (BAP) Number:    BAP-08-28

**FOR USE BY U.S. BANKRUPTCY COURT**