UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., | ) | |
| a Delaware corporation, *et al.*, | ) | Case No. 07-11047(CSS) |
| | ) | |
| Debtors | ) | Jointly Administered |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Wells Fargo Bank, National Association (*"Wells Fargo" or the "Appellant"*), as Securities Administrator, the movant in that certain Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien hereby submits the following designation of record and issues to be presented by Appellant on its appeal of the Order entered April 16, 2008, by the United States Bankruptcy Court for the District of Delaware (the *"Order"*):

**I.    DESIGNATION OF RECORD**

| DATE OF FILING | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 03/24/2008 | 3387 | Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien with attached Exhibits |
| 04/08/2008 | 3580 | Debtor's Objection to Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien |

WIL:123696.1/WEL079-247173

| 04/09/2008 | 3581 | Joinder of the Official Committee of Unsecured Creditors in the Debtor's Objection to Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien |
|---|---|---|
| 04/18/2008 | 3736 | Transcript of the Hearing on the Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien and all Exhibits. |
| 04/16/2008 | 3702 | Order Denying Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien |

**II.    STATEMENT OF ISSUES ON APPEAL**

1.  Whether the Bankruptcy Court erred in denying the Appellant the ability to recoup the amount paid in error from securities held by AHMIC in the AHMIT 2007-SD1 transaction.

Dated: May 5, 2008

/S/ TODD C. SCHILTZ
**WOLFBLOCK LLP**
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
tschiltz@wolfblock.com


And


**CHAPMAN AND CUTLER LLP**
FRANKLIN H. TOP, III
111 WEST MONROE STREET
CHICAGO, IL 60603
TELEPHONE: (312) 845-3824
top@chapman.com

*Attorneys for Wells Fargo Bank, National Association, as Securities Administrator*

WIL:123696.1/WEL079-247173